

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F#2019R00914

225 Cadman Plaza East
*Brooklyn, New York 11201*

July 10, 2019

Mr. Francis Gurahoo

Re:  United States V Francis Gurahoo
     Criminal Docket No. CR 19-315 (MKB)

Dear Mr. Gurahoo:

Please take notice that the above case will be called in the United States District Court located at 225 Cadman Plaza East, Brooklyn, New York on **Wednesday July 17, 2019 at 11:00 AM**.  Please report to the Simon Chrein Arraignment Courtroom 2-A South Wing 2nd floor and at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency, which is located on the South Wing Room 219, 2nd Floor in the Courthouse. You should arrive at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

Very truly yours,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY

BY: Nicole Michelle Jackson
    Grand Jury Coordinator

cc: Hon M.K. Brodie (Magistrate Gold for the plea)

   John Vagelatos
   Assistant U.S. Attorney

   Pretrial Services Officer

   Eric A. Pack, Esq.